**OFFICE OF THE CHAPTER 13 TRUSTEE**
**CRAIG SHOPNECK, TRUSTEE**
For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio – Eastern Division (Cleveland)

---

BP Tower
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
Tel: (216) 621-4268  Fax: (216) 621-4806

May 10, 2010

# 150269

United States Bankruptcy Court
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Avenue
Cleveland OH 44114

Re: Norman Walentowski Jr & Cheryl Walentowski
    Chapter 13 Case No. 04-26249-PMC

## TRANSMITTAL OF UNCLAIMED FUNDS

Craig Shopneck, Standing Chapter 13 Trustee, reports the following:

1. The Trustee's Office made the following disbursement; however, either the disbursement has been returned by the U.S. Post Office or a stop payment has been issued by the Trustee's Office due to the payee's failure to negotiate the check:

    | | | |
    |---|---|---|
    | Revenue Group<br>3700 Park East Dr Ste 240<br>PO Box 221278<br>Beachwood OH 44122 | Check No. 1206227 | $121.26 |

2. Because the above captioned case has been completed, we are hereby enclosing a check in the amount of $121.26 payable to the Clerk of the United States Bankruptcy Court for deposit into the Court's depository account.

Please contact me at extension 125 if you have any questions regarding the remittance.

Debbie Plaga
Claims and Internal Operations Manager

| | | | | |
|---|---|---|---|---|
| 35 | OFFICE OF THE CHAPTER 13 TRUSTEE<br>CRAIG SHOPNECK, TRUSTEE<br>BP Tower, 200 Public Square, Suite 3860<br>Cleveland, Ohio 44114-2321<br>(216) 621-4268 | 25-3<br>440<br>JPMorgan Chase Bank, NA<br>Columbus, OH 43271 | | 1206227 |
| CLAIM NO. | DEBTOR'S NAME | VOID AFTER 90 DAYS<br>MO. DAY YEAR | CASE NUMBER | PAY THIS AMOUNT |
| 010 | In RE WALENTOWSKI JR, NORMAN & WALENTOWSKI,<br>Account Number: 4436065/3567610/3509512/3 | 04 \| 22 \| 2010 | 0426249 | ****121.26*** |
| CLASSIFICATION<br>UNSECURED | **************One Hundred Twenty One Dollars and 26/100************** | | | |
| INTEREST PORTION<br>.00 | TO THE ORDER OF | CLERK, US BANKRUPTCY COURT*****<br>201 SUPERIOR AVENUE<br>CLEVELAND, OH 44114- | MEMO<br>C Shpnck<br>TRUSTEE | |
| BALANCE DUE AFTER THIS CHECK<br>0.00 | | | | |

⑈1206227⑈ ⑆044000037⑆ 905526689⑈